**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

CASE NO. 1:26-cv-05020-JLK

ANTONY CRUZ-DE JESUS,

Petitioner,

v.

WARDEN, DENVER CONTRACT DETENTION FACILITY,

Respondents.

---

**ORDER**

---

Petitioner has filed an Application for Writ of Habeas Corpus and Complaint for Declaratory and Injunctive Relief pursuant to 28 U.S.C. § 2241, challenging his detention at the immigration facility in Aurora, Colorado. Considering the Petitioner's allegations and the time-sensitive nature of the relief he requests, it is ORDERED:

PETITIONER SHALL (1) serve respondents with a copy of the Petition along with a copy of this Order, by no later than October 20, 2026; and (2) promptly file proof of service with the Court.

RESPONDENTS ARE ORDERED TO SHOW CAUSE within seven days from the date of service as to why the Petition should not be granted.

Pursuant to the All Writs Act, and in order to preserve the Court's jurisdiction, RESPONDENTS SHALL NOT REMOVE Petitioner from the District of Colorado or the United States unless or until this Court or the Court of Appeals for the Tenth Circuit vacates this Order.

DATED this 13th day of October, 2026.

John L. Kane

JOHN L. KANE
SENIOR U.S. DISTRICT JUDGE